UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HANATT JAMA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-18-CV-00104-FM |
| WILLIAM JOYCE, ACTING EL PASO FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL FOR IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); DIANNE WITTE, EL PASO DEPUTY FIELD OFFICE DIRECTOR FOR DETENTION FOR ICE; JOSE A. RENTERIA, OFFICER-IN-CHARGE OF EL PASO PROCESSING CENTER FOR ICE; DONALD GEORGE, ASSISTANT OFFICER IN CHARGE OF EL PASO PROCESSING CENTER FOR ICE IN THEIR OFFICIAL CAPACITIES, | § § § § § § § § § § § § § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the "Order Closing Case" [ECF No. 5], the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. **IT IS HEREBY ORDERED** that "Motion for a Temporary Restraining Order and/or Stay of Removal and Request for Emergency Hearing" [ECF No. 2] is **DENIED**.

2. The above-captioned cause is **DISMISSED AS MOOT**.

3. All pending motions, if any, are **DENIED AS MOOT**.

5. The Clerk of the Court is instructed to **CLOSE** the above-captioned cause.

**SO ORDERED.**

**SIGNED** this **2nd** day of **October, 2018.**

FRANK MONTALVO
**UNITED STATES DISTRICT JUDGE**

1